IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ORLANDO JEFFREY DORTMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:10-CV-1411-D |
| VS. | § | |
| | § | |
| GREYHOUND LINES, INC., et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER OF RE-REFERENCE**

Considering the contents of plaintiff's November 30, 2011 response and objections to the magistrate judge's November 18, 2011 findings, conclusions, and recommendation, the court declines to adopt the findings, conclusions, and recommendation, and it re-refers this matter to the magistrate judge for further consideration.

**SO ORDERED.**

December 27, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE